# COMPLAINT

### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2024 FEB 15 P 12: 12

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Aaron L. Jacobs SR.

v.

(Full name of defendant(s))

Mary CreApo

StockBridge Munsee
Police Department. Shawano County

Case Number:

24-C-0212

(to be supplied by Clerk of Court)

A.    PARTIES

1.    Plaintiff is a citizen of ___Wisconsin___ and resides at
(State)

1615 S. 22 ND St Milwaukee WI 53204
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant Lt. Mary CreapeA
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___WISCONSIN___

(State, if known)

and (if a person) resides at __Tribal Police Shawano Co.__

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __StockBridge Munsee Police Dept.__

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Lt. Mary Creapeau Violated My Rights 9-21-21 By Falsely Arresting Me On 9-21-21 foR Domestic Abuse - Domestic Abuse as A Repeater. She Arrested me as Twila Shawano the Alledge Victim beat herself to get Me Arrested The Victim told Lt. Mary creapeau That she was hitting Me fiRst And she told Lt. Creapeau That she

Complaint - 2

Hit Me Numerous MoRe times And she broke my Right Pointer Finger. Mary Creapeau Then Took my Statement I stated to her That I was being Attacked By Twila Shawano and our Statements said The SAme thing I Told Lt. Creapeau That I Never hit her and When our Statements said the Same Thing Lt. Creapeau Without Any Evidence against Me Arrested Me Charged Me With Domestic Abuse. I was Falsely Arrested There was No Evidence to charge Me but she did anyway and I spent A Total of 5 Months In the Shawano Co. Jail Without Evidence. I Filed a Motion to Dismiss due to Lack Of Evidence. My The Clerk of Court Never Filed It It Never Went To Court.

## C.  JURISDICTION

☐  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 4,000,00.0

## D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I Want the StockBridge Munsee Police Department and the Shawano Co. District Attorney's office to Pay me 1,000,000 for Suffering 5 Months falsely Accused I Then was facing 6 years Revocation cause I was on PRObation And My Attorney Jeffery T. ~~Hayes~~ Jeffery T. Haase Knew They Had No Evidence but did nothing to Get the charges Dismissed.

Complaint – 4

E.   JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___14th___ day of ___Feburary___ 20_24_.

Respectfully Submitted,

*Aaron L. Jacobs SR.*
Signature of Plaintiff

872-212-8264
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

Jacobs aaron 985@gmail.com
N-7615 Koo-YI-kun Lane Bowler WI
(Mailing Address of Plaintiff)                54416

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5